**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MITCHELL JEFFORDS,**

      **Plaintiff,**

**-vs-**                                 **Case No. 6:05-cv-763-Orl-DAB**

**SANFORD AUTO AND TRUCK PARTS,**
**ALFRED BLANKENSHIP,**

      **Defendants.**

_____

## ORDER OF DISMISSAL

At a hearing on June 28, 2006, the Court was advised by the parties that the above-styled action was been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice with each party to bear their own costs. The Clerk is directed to enter a judgment of dismissal consistent with this Order and close the file.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record